# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO: 8:11-cr-277-T-30MAP

KENEL CHERFILS

## ORDER

THIS CAUSE comes before the Court upon the Movant's Traverse Brief Outlining Objections and Arguments to the United States' Response Brief to Petitioner's Motion to Compel the Government to File a Second Rule 35(b) Motion in his Behalf (Dkt. #92).

A review of the file indicates the Defendant previously filed a Sealed Motion to Compel (Dkt. #84), to which the Government responded (Dkt. #88).  The Court denied the Sealed Motion to Compel via endorsed Order (Dkt. #89) on June 16, 2014.  On June 23, 2014, Defendant filed a Motion (Dkt. #90) to extend time to file a response, which this Court construes as a Motion for Reconsideration of the endorsed Order denying the Sealed Motion to Compel.  Via endorsed Order (Dkt. #91), the Court granted Defendant an additional thirty (30) days in which to file a response to the construed Motion for Reconsideration.

The Court has reviewed Movant's Traverse Brief Outlining Objections and Arguments to the United States' Response Brief to Petitioner's Motion to Compel the Government to File a Second Rule 35(b) Motion in his Behalf (Dkt. #92).  Defendant's Objections do not change the opinion of this Court that Defendant has already received the

appropriate sentence reduction. Defendant had the benefit of a two level 5K1.1 reduction at sentencing. Subsequently, the Government filed a Rule 35 motion and Defendant's sentence was reduced another two levels on January 8, 2014. Four months later Defendant filed the instant motion to compel the Government to file a second Rule 35 motion. The reduction granted on January 8, 2014, took into account all factors now raised by Defendant and no additional Rule 35 reduction is appropriate.

Accordingly, it is therefore ORDERED AND ADJUDGED that:

1. Defendant's construed Motion for Reconsideration (Dkt. #90) of the Court's endorsed Order denying the Sealed Motion to Compel (Dkt. #89) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of July, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-277 traverse 92.docx